**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                                     **CRIM. ACTION NO. 3:06-CR-8
(BAILEY)**

**CECIL RAY, JR.,**

       Defendant.


**ORDER ADOPTING OPINION/REPORT AND RECOMMENDATION**

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge David J. Joel.  By Standing Order, this action was referred to Magistrate Judge Joel for submission of a proposed report and a recommendation ("R & R").  Magistrate Judge Joel filed his R & R on November 7, 2008 [Doc. 307].  In the R&R, the magistrate judge recommended the Motion for Return of Property [Doc. 301] be denied.

Pursuant to 28 U.S.C. § 636 (b) (1) (c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  **Thomas v. Arn**, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); **Snyder v. Ridenour**, 889 F.2d 1363, 1366 (4th Cir. 1989); **United States v. Schronce**,

727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Joel's R & R were due within ten (10) days of receipt of the R & R, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). The docket reflects that service of the R & R was accepted on August 13, 2009. *See* Doc. 319. To date, neither party has filed objections to the R & R. Accordingly, this Court will review the report and recommendation for clear error.

Upon careful review of the R & R, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation **[Doc. 307]** should be, and the same is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. Accordingly, Kensheena Seabrook's *pro se* Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) **[Doc. 301]** is hereby **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to Kensheena Seabrook and the defendant.

**DATED:** September 2, 2009.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE